UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS                                                          CASE NO.  3:03-CR-120-001/LAC

MARK OWEN

**FINANCIAL REFERRAL AND ORDER**

Regarding refund of funds for: _X_ Fine, ___ Restitution, ___ Filing Fee, ___ Attorney Admission Fee, ___ Copy Fee, ___ Bond, ___ Other (Specify) _____

By: _____Mark Owen #05679-017___ (Payee)
Address:    FCI - Oakdale
            PO Box 5000
            Oakdale, LA 71463

Receipt Number _B021307_

Date of Receipt _03/02/07_

Motion: N/A

Explanation: Mark Owen's $100.00 special assessment & $500.00 fine were paid in full on 01/03/07.  The Clerk's office received $44.09 on the February 2007 Bureau of Prisons (BOP) reports. According to the court dockets and financial records, Mr. Owen does not owe any additional money.  Requesting authorization to refund the $44.09 overpayment and any other payments we may receive from the BOP for this case.  There may be a timing difference on the BOP stopping payments for this account.

WILLIAM M. McCOOL, Clerk of Court

Prepared by:   _s/Philip Detweiler_____
               Philip Detweiler, Financial Specialist          Date:  March 14, 2007

Referred by: _____,Deputy Clerk

**ORDER OF COURT**

It is ORDERED this 14th day of March 2007, that the Clerk refund the identified funds to the payee.

APPROVED_____XX_____

DENIED_____                     _____s/L.A. Collier_____
                                                   LACEY A. COLLIER
                                           SENIOR UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99