NDFL Prob 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT**  
**for the**  
**Northern District of Florida**

UNITED STATES OF AMERICA

V

Crim. No. 3:03cr120-001/LAC

MARK E. OWEN

On August 29, 2008, the above named was placed on Supervised Release for a period of three years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Mark E. Owen be discharged from Supervised Release.

Respectfully submitted,

_____  
Brian S. Davis  
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this _18th_ day of _March_, 20_10_.

_____  
Honorable Lacey A. Collier  
Senior United States District Judge

OFFICE OF CLERK  
U.S. DISTRICT CT.  
NORTHERN DIST. FLA.

10 MAR 19 PM 2:27